FILED / ENTERED
RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 21 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY.                                    DEPUTY

Lisa L. Lewis
8828 Quail Country Way Apt 203
Las Vegas NV 89117
702-786-5437

**2:18-cv-01837-MMD-NJK**

Lisa L. Lewis
   Plaintiff

Vs. Kaplin Jobe PCA, DNC of CA, Simon Medical Imaging AZ, CA
CBS Network, CBS Jock FM Radio CA, Fox Local CA, AZ, NV
Guarantee Chevy Santa Anna CA, Finley Chevy Las Vegas NV,
Dillards Downtown Summerlin Las Vegas NV, Lucky Brand Downtown Summerlin
Las Vegas NV, Scrabatics's Las Vegas NV, Cox Communication CA, AZ, NV
US Postal Service - CA, AZ, + NV - Harmony Apt Complex Surprise AZ,
Desert Gardens Glendale AZ, Motel 6 Arizona, ION CBS Surprise AZ,
Cox Communication in CA, AZ, + NV, Direct TV - CA, AZ,
Nespresso Scottsdale AZ, All Smith Grocery Stores I shopped with
my EBT NV Card, All Albertsons I shopped with in NV with EBT CA NV.
All sprouts in NV I shopped with my EBT CA nv, All Walmarts I shopped with
my EBT CA nv, Safeway - All I shopped in Arizona. Bath v Beyond
Downtown Summerlin Las Vegas NV. Police in Irvine CA, Surprise AZ,
+ Las Vegas NV. Siegel Suites Las Vegas NV
   Defendants

Dated:
Sept 21, 2018

Lisa L. Lewis
Lisa L. Lewis
8828 Quail Country Way Apt 203
Las Vegas NV 89117

Lisa L. Lewis - My Constitutional Rights and Whistle Blowing case and Attempted Murder case - by these individuals and companies using my onstar to stalk me, hurt me physically and emotionally abuse me.

I am asking the Federal Court of Nevada to waive my court fees in this matter. Due to the great lengths these people used to harass me is criminal. Sabotaging my CAR using onstar is terrifying. I cannot afford to pay for all the filing fees and they purposely did this knowing that it would be very difficult to do.

I have documents I am submitting proof of the hacked computers. I have the cell phone hacked in my possession as well as record of a iphone. I have police reports accounting for these events. I also have the ip addresses of the computers that I will be submitting with the copies of all the complaints I gave to the State of Nevada's Attorney General's office.

I cannot be sure even at this time do to recent Events my New Chey, Malibu Onstar is secure. These people stalked me to Finley Chevy in Las Vegas Nevada.

These people have continuously harassed me since I was laid off by them in CA. They have tried to stop me from moving and when I do they stalk me to where I go, where I work, & where I shop. They have continuously harassed my PR my benefits and my posonal finances.

They have obtained pictures of my family. My dad & my brothers and have distorted them in their made up Doctored commercials.

Due to all these factors and that they are repeat criminals I want monetary compensation and prison sentences.

At this time I do not feel safe where I live in Nevada. These people know where I live they have stolen my mail again from my father. These checks had to be voided and resent. I have one envelope from my father that was tampered with and my new Bank of America credit card as some postage sticker on it that is suspicious.

I would like and believe the Federal Govt. should move me to a assured safe place, even in another state as well as secure myself employment where I will not be harassed anymore.

I know there are cases like these where all of this was granted and even one of the Marketing Companies hired me back plus paid a monthly settlement.

All the statements above are true and all my complaints and facts given to youn are true and did happen..

Attached to all this will be a list of the companies and the support me documents I will keep with me the printed cell phones.

Here are the case numbers for my unemployment Benefits I won continously thru their harassment.

They depleted my savings and even my unemployment Benefits money I needed to live on. I did not even file for any welfare or foodstamp assistance.

They wasted my time while I was looking for employment. They hacked into my cells computer, Bank cards, the edd bank card & stole money 9/60 from my unemployment benefits. They Hacked into Medreps, Monster, Indeed - and all job search sites.

Case # 4814313
Case # 4814312
Case # 4607360

List of Companies:

* Kerlin Jobc and DNC of LA - in CA, AZ & NV
* Simon Medical Imaging - in CA, AZ & NV
* CBS Network & TV Shows - John Chin - TALK
* CBS JACK FM Radio
* Guarantee Chevy in Santa Anna CA &
Finley Chevy in Las Vegas NV
* Nespresso in AZ & NV
* Cox Communication - In CA, AZ, & NV
* Direct TV in AZ
* All Smith Grocery Stores I have shopped in
in NV, CA, AZ & NV
* Fry's in CA, AZ & NV
* Safeway in AZ all I shopped in
* Sprouts in AZ
* Wallmart in AZ & NV
* All Albertsons I have shopped in Nevada
and the one at Quail Meadows in Irvine
CA.
* Dillards in the State of NV -
* Dillards at Downtown Summerlin
* Macy's in the State of Nevada
* MGM Excalibor - Bartenders Waitresses
* Marshall Retail Group at Excalibor
* Lyft Hub in Las Vegas NV
* CBS Doctors TV show with Doctor Phil.

* Fox Local - LA in CA - AZ - NV
* T.P orthodontics - included a list of
harassment and hacking that occured in their
corporate IPAD given to me to do my TM's.
* OneArchive in Nevada - Redenstations were being blocked

Knowledge: top Sheep Summary — Highlights & theft
to Complaints to the Attorney General,
* * Mail Fraud in all states CA RI NV, stolen, it's I
have
1. All Smith I shopped at,
you have EBT records Primmy
Card on all while I shopped
over P.a. "Some one was harassing me,"
saying "And FYI the application,"
this started, much more involved there.
Also harassed out again over the
P.A. — we know, you don't care
& with music — Custom Service mgk
at West Sahara who knows me
asked me are they using music — I told
him yes.
Also harassing me over the Paull —
* Use the Hand Sanitizer, gift I gave out
to patrons & flies in LA with DNS — Keep in Tote
I Do have the gift I handed out to show you.
2. All Albertson I have shopped at,
why are they asking me if they can take a
break — or naturally song on one when
I am there. — This was at the
Albertsons on Flamingo.
3. Albertsons Using music also. Stalking me
while I shop and where I go. Went to
Bath and Beyond up in Summerlin off of
West Charleston — A tall dark man in black
pants and he had a vest on, What's led at
me when I was buy my coffee & bottles —
Sales Ass. there heard. — 8

told me they were moving to the
Summerlin Mall and I can shop there.
- Harassone me again.
- I go to the Bath & Beyond
in Spring Valley off of Rainbow — obviously are
stalking me. I buy the coffee capsules.

Next time I go back to bath & beyond in
Summerlin I go get my capsules —
they someone fell it off — No go get
of half pint of milk,

I go to Albertsons off of Elmmons —
someone moved a quart of milk and put
it in the wrong place by the gallons —
wouldn't Buy it.

I go to the Albertsons on West Charleston,
I 3 different occassions after this when
I walked in the store they used the
song Phil Collins — on 1/2 pint words in it.
They did it twice.                    coffee
Before this happened with the capsules
at Bath & Beyond — When I shopped at
albertson here on West Charleston they
actually said one time for they only know
my first name.

☆ This is Stalking + Ben # Harassment,
over Healthcare with D.N.C. of LA, Kevin
and Simon Mud Lomzing.              Job2

4. Lucky Brand — worked there from
Oct 2017 to aprox March 2018

* Managment went along with the Harassme
From them coming into shop at the store.
Sara Ditto - Wrote me up on purpose with
no facts, couldn't tell me who they were
"Just Friends & Family"
* Sara Ditto & Melissa DM along with
Candice, Asst Mgr & the rest of the sales
Associates continued to Harass me.
Sara Ditto - Dress, went my size, my hair
after I got in done, over there POS registers
not working properly and even the store
alarm came up after the store was locked
up and myself and Kristen left and were
no where near the store or shopping mall
* Harassing my over their musical
PA System when I was in the store,
on a evening shift Loud voice saying
"I know there will be No Agreement"
Paper, a sales Associate harassing me over
where did you get your cloths.

After I left Lucky Brand I went to work
for Scholastic 2 - I was stalked there
by the same people - the employee actually
stating to harass me over merchandise.
Piper who still worked for Lucky Brand
came there when I was there with
Frank the owner & Bill - then got there
after - Piper said " I want those drama

* More harassment from Leck/Brand.
While walking there I go to Town Square to
do a return the Sales Associate there
says "I am sorry to tell Sara —
my response — About what? Go ahead too.
A return — Harassing me over.

* Employee Robert — Whistling at me while
we were working together on a Evening
Shift

* Blaming me over work not completed when
others couldn't perform their duties in
Stocking + merchandising. Includes Sara, Dith,
+ Kristen. — I did tell management that
Kristen does have neck issues and cannot
do all the job duties — Never a Nothing back.

* Then they assign me osha policy + procedures
Disorder to Blame me that for over
a Month Management has known they
were not following them — In the
back room there were not in their flow
guidelines. I do have pictures of
the Backroom when I took over the
assignment on Month was left. — Again
they wanted to throw their work onto
me

Same As Dillards Bring me like your boots
we like your shoes
Doing work on me they didn't want
to perform. Smiths were Cloths / Bags
+ Shoes, and MGM at my interviews

* Sara at Lucky Brand.
Harassing me in the back room
over her boots - Making comments
charming Charles with a smirk on her
face.
* Getting harassing text messages
while I worked there "We know your
No Bella", Using the Vampire movie)
about my Diet, Blood and Healthcare.

* Sara & the group who claim to
have BACK problems - Go on a group
event Bowling
* I requested a few days off to
drive to Az - Approved by management
I got calls from (Andee with Knut)
I was out there and was there telling
me to come in and cover a shift.
I told her I am in Az you knew I
was gone - Then she states I guess
you don't want the HOURS.

* They did not give me the hours they
said they would when I was hired
for the supervisor position.

* They as Manager continuously harassed
me over policy & procedures that they
were not making or performing themselves
and as a Company + They picked a
more as they asked to harass me.



* Black Friday shopping weekend
Sara Ditt harized me over her not
selling a lunch break — yelled at me
in front of other employees + customers
when almost daily I did not get one.
I was asked when punching out by
Kronos.

* First Day I walk there she wanted
to talk to me about Dillards —
I have no idea why — harassment + gossip
And she use to work there. —

* She was repeating the same thing as Dillards
and Nespresso JoAnn Nuthison in a
mean tone " It's not our business.
I have no idea what they were talking
about.

* Lucky Brand again
Discriminating me because I lived
in nearby rental apt. Even though
I told him I was moving.
Sara Ditt again laughing at me about
this all with the rest of the employees
Then I move + get a new car
employee one saying and coming up to
me " Where did you get it"
" Are you rich"

Dillards — Summerlin Mall
Sept 2016 - June 2017

* Management Andy/Phil — + rest of managers
Harassing me with Employees.

* Use the PA system
" We know you came here to work "
" It's not our business "

* Harassing me over my weight, shirts and
boots.

* Also Andy the store manager Admitted
they were profiling me.
They do a background check on all employees
before hiring them.

* Told me I was a Sales Specialist — Had me
do more merchandising of Calvin Klein + Free People
Didn't put the promotion into corporate
as they were supposed to — lied to me.
Used me so the work would
get done + they cut my hourly wage.
This merchandising took me away from
my selling.

* Kept purposely moving me around in
Dpt. so other could make their goals.

* Andy harassing me — giving me dirty looks
as she walked by me. + smiling at me.

* Called their legal office /
only got a return call from Dan the
District Manager.
Management did Nothing to resolve this.

* Ask for a transfer - No response.
I continuously saw people get transferred
* A man from ? in Show
* Charly from AZ
* Mable from Co.

* Continually let customers HARASS me
* Wanted me to break a store policy
and chase after things - ?.
Employees who werent my Managers
Harass me & tell of me to do things
Reported to Dept Manager she did nothing
along with Andy & Phil.

* Used music - while at the register
Smooth - mona Lisa - employees
around me say me men have rubbed my
mona Lisa - disgusting HARASSMENT.

* Walking out the store toward the Dock
Using - Go Big or go home.

# Windsanitizer used also used Dmrs
by other themstheres used & stirred cloths,
used a pair a glass' & someone put them
when I was working - Bent & used brutally.

\* Man from Mens Department
mexican - Followed me to starbucks
whistled at me.
Followed me into the store upstairs
and whistled at me while I was
working in Ivanka Trump Clothes.

\* I was Emotionally Abused at
Dillards as well as Lucky Brand
over my Constitutional Rights & policies.

\* When I left just like with Lucky Brand
I never Got paid Accordingly to
Nevada Labor Laws.

\* Estee Lauder Manager ~ ~~They~~
Descriminating against me at being
at Sugar Suites and to keep my nose
clear - And said I am bringing them
problems.

\* These problems were harassing me
over my constitutional Rights over
Healthcare and they started doing anything
else they could think of to harass me
because they knew Federal Agents
came into the store - Just like they heard
in Scottsdale AZ

* MGM Excalibur & Marshall Retail Group
While I worked there I was harassed over
one complete drink, the Healthcare Card,
and music.

* MRG employee whistled at me twice
while working with her.

* Told me I was a Supervisor
and then I was a Fashion Stylist I was
told after

* Broke policy & procedures — no two
week schedule given — concerning I was
hired as Full Time.

* Told by Terri, the manager — think of a
cleaner — 409 — used your employee
number

* Have the letter given to me about
no Employee from MRG is to stay the
Union Workers dining Room Food. I never
did. I was told that happen prior to me
working there. It seems it was still a
problem for them.
    I signed the document for them.
I don't care about MRG & MGM union
Food problems.

* I didn't walk off sick — I didn't Need a
Healthcare Card just because I walked out
there on a lunch break — Healthcare has nothing

Nespresso Worked there in Scottsdale AZ. -the Boutique, wts leased space inside a Sur La table

Dates: June 2015 - Aug. 30th 2016

* Harrassed by management - Reported to H.R. & their Consultant Ashley.

* Harrassed over where I lived, over past companies I worked for specifically Johnson & Johnson.

* Whistled at by Wendy, and other Employees over Name Smother, Rkele Brass.
Also other employees did not want to lift the Nicle Boxes.

Management Jo Ann Hutchmen & Jen Assl Mgr Both Knew about me -they watch Wendy do it -and let her continue to do it

* Store Used Music Again Sweet Home Alabama

* Customus Came in and harrassed me

* Josh harrassed me verbally & Bothed me as well as a Sur La Table Employee mike Keerin
I reported They kept doing

x Told me we were all going to the new location at Fashion Square.
Went to the week trainers - then spent my first day at the new store and they let me go
More Harassment. Then they have a Document for me to sign about trade secrets - Why did they send me to the training.

x Manager Harassing me over men coming into the store.
Then JoAnn Aitchison telling me all the men in Nespresso get wallets.
- I was schocked by this behavior by the management of this company.

x Then JoAnn tells me after middle Eastern me coming into the store the cops are called, - Mean possey.

x Jean Assistant Manager scratching by hand at the prong box while using the mill feather

x Lisa Wydelis - Asking me about a Law Suit - "What Lawsuit" Then harass me me over Dorthy's Red Shoes from the Wizard of Oz.

California Harassment:

* DNC @ LA, CA.
* Harassed by Janet Bateman
Swore at me over the phone for asking a
question
* Yelled at me for talking to Doctor
Boyer & Doctor Kingston, and R-J. Doctors.

* Yelled at me for having the staff book
a Referral Doctors elderly Father who
Fell. Doctor Boyer was more than happy
to do it - Doctor Banophe Father.

* I was told by DNC management from
state Ala. Janet had to stay in the
office until 4:30 pm and I was to
come back also so we could meet and
discuss any business. Numerous times she
was not there and left.
* Harassed me for my time - Would let me
come back into the office to do any work.
Even in hazardous Rain & storm
conditions

* Follow their gift procedures & rules.

* Harassed After they laid me off
over my God Benefits
continuously for the last 5 years

* They used Dog walking —
  stalking and stocking
* Breaking into my apartment and stealing from me
* They did this alone with CBS Network —
  used TV Ad — used JACK FM.
  They go into my archive —
  Where dates of when it happened,
  911 call record in Irvine Ca as well as
  Chad Wappinger Whittier Detect me knew,
  along with Irvine police
  Used music & JACK FM Radio
  inc. — This is is included in the
  Attorney General Complaints

* Tried to stop my Mail from getting to
  the Judge in CA.

* Arizona — state my mail claims from.
  my Mail at the Harmony Apts in Surprise

* Arizona — TV Blocking using Itv TV
  took over the programming & called Cox
  they said it was CBS.
  1. Sharon Osborne
  2. George Clooney
  3. Stallone & wife Jennifer
  4. Used programmed commercial
  5. Tom Cruise & Katie
  many included in the Complaints
* Continually stalking me
  I ended up sent to the E.R because I
  couldn't go back to my apartment.

* DNC LN Kevin Jobe Simon Medical Imaging Did this with CBS and JACK FM which is a CBS Radio Station

Being in my onstAR - purposing Jabotaging my CAR to cause me to get in a JCar accident is

Attempted Murder.

* Hacked into the computers at my apartment complex Qvail Meadows at Irvine CA. The leasing office had 3 computers we could use. There was spy ware on the computers a red Bug and also a blue shield with a S on it in white.

* The Computers were also hacked when I was on them at the Irvine CA Edd Center with the same software - Red Bug and the Blue Shield with the S on it.

On Harassment —
Simon Med Imaging.

* Hacked the work Iphone
* Stopped my emails on the Iphone hoping
  I would miss meetings + Doctor appts.

* Doing I purpose to fire me.
* Following me to my appts — And
  pretending to be their staff + Doctors.

* Using Friends at appts to harass me

* VP of S.M.I. — Using menopause
  to harass me.

They lost the Unemployment Hearing
for what they did to me. along
with Kelm Tobe + DNC
The H.R. person wouldn't even
take a Oath with the Judge
saying she would tell the truth

Since April 2018 LYS needs MV

**\*\*** Mail a dam new token from my iPad - checks in I have i.e.
damaged emailes

1. I started to Drive with Lyft in Las Vegas NV.
I was harassed by them the very first weekend I was Driving.

2. I sent them a email with a list of events that have been taking place.
They never contacted me to resolve those issues.

3. The Hub here in Las Vegas was harassing me and using the App we used to people to drive

4. They were hacking in the App — stopping my GPS, telling rides to drop me after I accepted them. Making me drive around in circles.
They continuously stopped my G.P.S. after I accepted rides.
One was a elderly couple that need to go to the Urgent Care Center. — I had to call them. It was by where I live, so I could get there first and get them to the Urgent Care Quickly. She was a elderly women.

5. I saw them in my app. Following me when I was home — so they could stalk me and follow me where I went even when I wasn't working. I have seen cars follow me — pull up to me at grocery stores.

6. First started I was at the entrance waiting for my passenger in the proper location & using the app correctly. A man drove by in a white truck and rolled down his window and called me a Bitch.

Like 12 days later I saw him in a blue car drove by me staring at me drove the day by where one lives. I was out running errands — The street was Knowlapine up here is Summerlin Las Vegas NV.

7. I had to call Internal Affairs & spoke with Detective Norrell about some of these people stalking me. Some have been active like they are Detectives FBI agent and supposed to be stalking me out.
This goes back to Dillards — Where they are involved in this incarceration over my constitutional right and my unemployment benefits over DNC of LA & Kevin Jobe & Simon Med Imaging

Manger at Dillards Admitted they were
profile me. —
A Dillards problems backgrounds checks before
they hire you — which I passed as I
always do.

Lyft + driver as well as passenger were doing
this to me.

One example. I save Detective Newell
is Scott — He kept calling me and asking
me to have drinks with him even one.
The night I drove him home. On arrival
to his apt. I saw a white trick waiting
there with him. Scott claimed he did not
see this. I know he did. I pointed out to
him before we went thru his apt gate.
I would go in in his home to have a
drink.
I left and the trick was gone.
He told my he was in training and told
me about a murder/suicide, and a
Boni Boni song made him think about it.
I also told him about a Jimmy and I
did not get a answer on who he was.
He told me cops are always on Duty +
some are saying some Lyft drivers
drink + drive. — and like to lay around on
unemployment. — who are they.
There harrassing me.

Our passengers are harassing me in my car - saying the sametthings to me as if they are sharing the same information by social networking. Some actually saying "I don't want anything to do with this".

This has been the same harassment I received from these Doctor groups since California. They create a "mob" to stalk me and harass me wherever I have moved to since California & wherever I have worked. They have come into my work & employees and mgrs. of these companies have helped them do it.

I have call Whittier, CA police Department, Internal Affairs spoke with too people there. One Detective Miller. — Chad Nippenger a Detective I knew and have met with about this Healthcare Harassment as well as a murder investigation I have helped them with and I am for the prosecution. Came into Las Vegas to see me n Sept 2017 and was accompanied by a FBI agent. — I was told by them in Whittier to go up to Federal Court & file for your Constitutional Rights They all know what & who is doing this and it has been going on to long.

Also in Blue Diamond, I was being followed. I had set a Lyft ride with a women who told me she was a P.I. and could find out anything about me — I told her she couldn't — She said she could walk in a place and ask anything & get insurance information.

* You can get a list of all my Lyft rides to get the name. also one was a couple to the Hard Rock Hotel that I picked up in a shopping plaza by a ice cream store & a Church's Chicken place. Some of those passengers were saying they were from Colorado — DNC had centers there called Premier Premier and they continuously wanted to talking about shootings. Another group that was harassing me were all from Florida — Simon Image's in Fla. Another group were all saying they were from MPLS.

& Lyft has been in my app — Flashing a picture of Arsen all in a yellow & orange glow. I worked with Arsen at Michael Retail Group in the Excalibur hotel. He was harassing me there given Detectives & PBI Agents using mirrored sunglasses. As well as the MGM workers were along with them over the Nevada Healthcare card — Both MGM & MGM Bartenders & Waitresses.

9. Lyft also in my app trying to force me to go to a destination. Were not soppose to store our rides. To me that is a way for them to know where I am, some to so they can harass me & hort me with violence or do damage to my car.

I ignored them and never did.

10. Also they tried to zero out my earnings. Then I get a message thro the app 2 comming up in the app — We know where your rides

11. Then I stop drivng in July. They continue to follow me to places I go. as well as send a question w/ 3 options — They want to know what I am doing & if I have another job.

I see this again as they want to keep harassing me

12. I went to Uber in July. And I saw the same guy I have seen at the Lyft hub bring thro the Uber hub with a cup a bowl and again mirrore sunglasses. All my sunglasses — Trying to make me think hes a FBI agent or dea/me. — Then I see the same guy a the costco I shop at here at Sommerlin

Also During this timeframe I have
been followed by Black men. When I am
driving. I believe this mans name is
Shea J-Chad when he was here showed
me a picture that looked like the man
that was staring at me at the Starbucks
on Tropicana by the Dennys & 24 hr Fitness.

I have also been followed by Asian people
men & women to the 24 hour Fitness
in Summerlin — running by me, stopping and
staring at me, staring while in front of me.

Lft Ride where they followed me it was
the Dan & Lees Liquor Where passengers of
mine wanted me to stopped so they could
get liquor For there trip. Romen.
Also I saw him follow me at the Target
at the Flamingo shopping center where I see
running up to me like he is going to
knock me over — then he Backs off.

I went to Blicks the Art Store on Sunday
I believe the date to be Sept 8th
By the Wallman who stole money from me
& My EBT Card — That happened at the
Walmart Market. Again this was by a
Dennys - The Black Man was sitting on top of his Car
Eating Chips. Then a white man runs up to me
knocks on my window says he has Dibetes & needs
some Juice & couple Bucks and his Car is at
Okley Tiki park. — Dibetes was bad to

Harass me in California, Irvine
at the Quail Meadows Starbucks by a
neighbor of mine at my apt. complex
their who had a dog named mojo.
He harassed me at my pool over my
unemployment money & over Cashiers copies

Continually ask with my EBT benefits
to Donate money — I am harassed over
this and more by the grocery store
union workers & there customer service.

13. Harassed at the Canyon Spa, again by the same Blonde/Fat women following me. Again she did the same thing. At Albertsons on Flamingo + Hamilpai and at the Smiths Grocery store on West Charleston.

While I was speaking to Terry who was a Smith employee doing investigating. She ran by me and whistled at me.

Again Que the clowns + the Ninth one And + the paved handsitizer.

The last Complaint I have given to the NV Attorney General's office is specific dates and when they hacked me emails to find out where I was going + Both Blonde women followed me to each stores I went to. As well as a sus I saw follow me to the William Somona Outlet Store + the Ninth outlets when I was shopping. One store was BCBG.

14. These women followed me to the TJ macs by Canyon Spa off of West Charleston, Smiths, Nordstrons, Messinis at Somariya Mall and the William Sonoma at Boca Park.

I saw my email was hacked, info from Ceasors Entertainment suddenly it was for a stock associate - then that was switched around - + a panel group interview for retail associate showed up. I was upset about the hacking and didn't go.

Well later, I was called by Tim Johnson a manager for retail at the Plumega to go interview.

Another woman was there he said manged with him. She was starting to talk about Dillards - and told me she knew about their pay - Then asked what would Phil the assistant manager say about me. I answered the question - then she said I am asking all the questions and she left.

Tim invited me to the Panel Interview which was Sept 18th 2018 - There was no position for me.

So Sept 19th 2018 I got a email for the same positions they already interviewed me for. I texted Tim and asked him if they have any new openings and to let me know. or why I just received the same positions again. I haven't heard back from him. I texted him because when I called him he doesn't have a voicemail box set up.

Sept 18th

Wine tasting at total Wine and More
Here at Boca Park — I was Stilled Followed
by a women and a man.

At the 24 hour Fitness Gym in Summerlin
around 12:30 pm in the afternoon
on Sept 11th or it was Sept 13th

The same man I gave a Lyft Ride to
the Albertsons here on Fort Apache & West
Sahara at night around 10:30 pm.
Who's been following me, me at the Grocery Stores
also —
    running thru albertsons two once all of
Durango & Flamingo — Yelling out
"It Your life"
Then running up to me while at the Sprouts
on Rambus Just past the Wallmart Shopping
Center
Ran up to me while I was speaking to the
Bourse Head Representative — Casting in my
face & space saying he is allergic to it.
Then a women Blocking the Product on the
self wall so I couldn't Buy it.

On Sept 12th or it was Sept 13th
at the Gym — The same man saw me
he knew I recognized him — He was
talking to what appeared to be a
Doctor in Surgeon Scrubs — He saw me
as well and they both ran out.

April 2014 - August 2014
Arizona
TP orthodontics:
* Was a Sale Rep. with them.
Covered AZ, CA NV, and new Mex.

* Was stalked and followed a jam
at work.
Saw men + women follow me while
calling on Doctor offices.

* I was stalked by cars, following me
very music.
Doctor Jones office
Doctor Waller office

* Kim Baker
went to a sales call I had set up
+ impersonated a orthondist
She proceeded to patient to be this Doctor Person above

* Megan - inside Sales Manager -
Who dresses identically - Kim Baker
came out Dressed exactly like a picture
of megan at the office.

* Doctor Jones even told me, his words
"B your own company selling you out"

* Phil, Ed Baker, Megan, Kim Baker all
harassing me.

* All my company - Being my company I had
to harass me with pictures + breaks in my
verbal + verbal directions

* MT Stills —
Stuff there was harassing — the woman
I set up the meeting with — using CSI
tv show.

* Ask co workers behaving strange over
spicey/hot food / my hair / clos and Football /
the Boston Bombing / and teaching instructions.

* Traveled to Las Vegas —
Not at UNLV — why was a Sheriff's car
there, waiting?
They let me travel there — called me
on the phone to tell me so from
the company. Rod never gone to
Not to me return to Arizona.
They stopped my corporate credit card,
+ were not going to let me travel home.

* When I went to CA + stayed in Burbank
I was followed at the Tangerine hotel
+ to the mexican restaurant down
the street by Southcove. Harassers.
They were there next to me, confronting
me about Sports / Football using Dan
marino.

* They were hacking in my email — on the IPAD
got into my emails and knew I would be
there — 4 harassing woman approached me
at the Burbank airport about my message
"Got Wheels

* While in Tuscon I was followed to the hotel I stayed at — while working in Tuscon I saw cars + people follow me.

One bathroom office even the manager I met with saw the red car and said who is that — And the red car in the back was stocked with Toilet Paper.

* I was followed + watched at the restaurants I ate also.

* Espn Awards were going on + on TV they put the same man on the screen that they used in Az, I have seen this man — He came to my unit at Nespresso — ran in + ran out with a yellow bag. Also he came to Dillards and ran thru the store.

* While working at TP — they continued to purposely give me wrong directions I was using they IPad provided. They were Playing pictures of pilots

* While Taking the on-line ortho class it was getting Hacked into and stopped during every test.
voice came over my computer
"Is this hard"
* This hacking occurred at the Desert Garden And I had Century Link server

* I was seeing that something was
going wrong with my IPAD Directions
I was using Apple for Directions to all
my sales calls.

* I went on line and searched Targets
website for a Garmin. I went and bought
one — Another $250 — that was hacked
thru my onstar — I still have
the garmin — it shows hacker thru the
goverment information and legal
informations. I plugged it into my
onstar and this is when it happened.

* I was followed to a mexican fest. by a Dicks
sporting goods in Arizona while working.
The same man showed up at Ht Hills and
was hiding in a office —
The man he was sitting with I also recogniz
from a Storage place off of Jamboree
in Irvine in the white hauling me by
Boxes. I also recognized the same man
on the CA 73/ Poz in Irvine Ca.
"Why are you having a miniza it night time"
Thats what he said to me.

* More illegal stalking by police here
in NV. + Harassment. Same as NZ
+ CA. Police Harassment.

Being assumed you drink + drive
Using dollus to tag me - Tshirts,
hats.

Again I had to call your Internal
Affairs Downtown. Det.Line Howel
Detective Howel told my stalking on to
Stop. If any detective or Cop
needs to talk to me about a
case concerning Rick Wall they
are to call me and make a appt.
with and give their business card
to prove who they are. And I will
request a higher Ranking officer to
be in attending. I'm a Victim
to a Criminal.
I Dont have to share their political
views - or use hand sanitizer

Computer Hacking information send to
me by microsoft in Redmond Washington.

My email & job searches were getting hacked.
The information sent to me is.

Sunday March 3 2013  3:46:56 AMUTC
IP Address 65.55.41.7
Location United States