1    Your Name *Lisa L. Lewis*
     Address *8828 Quail Country Way Apt 203*
2    City, State, Zip *Las Vegas NV. 89117*
     Telephone Number
3      *702-786-8437*

```
_____ FILED        _____ RECEIVED
_____ ENTERED      _____ SERVED ON
              COUNSEL/PARTIES OF RECORD

              NOV - 5 2018

        CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY:                          DEPUTY
```

6            IN THE UNITED STATES DISTRICT COURT

7               FOR THE DISTRICT OF NEVADA

8   *Lisa L. Lewis*

9   Your Name,          )   CASE NUMBER WILL BE ASSIGNED
                  )   AT TIME OF FILING
10       Plaintiff,      )
                  )   *CASE # : 2:18-CV-01837*
11   vs. *United States*    )          *MMD-NJK*
     *Postal Service*      )
12                 )   COMPLAINT
         Defendant. )
13   *in States CA, AZ* )
                  )
14   *+ Nevada*
_____

16                  Jurisdiction
              (Separate Paragraph)

18                   Complaint
            (Separate Paragraph(s))
19       COMPLAINT MUST COMPLY WITH RULE 8(a)
        (A copy of Rule 8(a) is attached)

22                   Demand
            (Separate Paragraph)
23              *Lisa L. Lewis*

25   Dated:            (YOUR SIGNATURE IN INK)
26     *Nov 2, 2018*      Your name typed or printed
               Address *8828 Quail Country Way Apt 203*
27               Telephone Number
              *Las Vegas NV. 89117*
28             *702-786-8437*

                 ATTACHMENT 3

Complaint. along with case #

Mail Theft — Fraud

1. CA unemployment Judge received a envelop on my hearing date that I mailed and stamped that was not post marked. The post office was Newport Beach CA. where I mailed it.

2. Arizona
Claims mailed to me from CA were taken from the mail. called CA Edd office their state office + they told me they were mailed. Ca. had to remail them to me. I lived in Surprise AZ when this happened

3. Bills taken out of the mail in Arizona Cox Communication + Power Bill. I lived in Surprise + Glendale AZ

4. LAS VEGAS NV.
Currently at my residence at Crystal Cove Apts. 8828 Quail Country Way Apt 203 LAS Vegas NV. 89117

Letter from my Father Glenn W. Lewis mailed from Buckeye AZ — taken from my Mail. Had two checks in it that he had to void — Someone could have also gotten personal information of the Check.

Also NV power Bill taken from my Mail. Gpts Bill—Had to call NV power company

5. Oct 31st 2018.
Came home around 9:30 10:00pm
Two mail trucks were at the
mail room here at Crystal Cove apts
where I live.

1  Your Name *Lisa L. Lewis*
   Address *8828 Quail Country Way Apt 203*
2  City, State, Zip *Las Vegas NV*
   Telephone Number
3        *702-786-5436*

4

5

6           IN THE UNITED STATES DISTRICT COURT

7              FOR THE DISTRICT OF NEVADA

8

9  Your Name, *Lewis*                )  CASE NUMBER WILL BE ASSIGNED
10  *Lisa L. Lewis*                   )  AT TIME OF FILING
              Plaintiff,              )  *Case #: 2:18-CV-01837*
11  vs. *Safeway AZ*                  )            *MMD-NJK*
       *Wallmart AZ*                  )  COMPLAINT
12  _____               )
          Defendants *NV*             )
13  *Smiths Las Vegas NV*
14  *Albertsons Las Vegas NV*
15  *Sprouts Las Vegas NV*
    *Non union + union members*
16  *Dillards with*                      Jurisdiction
                                       (Separate Paragraph)
17  *Flamingo Casino +*
    *Ceasars Entertainment + UAW union*
18  *CBS Network LA*                      Complaint
                                       (Separate Paragraph(s))
19  *Jack FM*              COMPLAINT MUST COMPLY WITH RULE 8(a)
20  *Radio - CBS*              (A copy of Rule 8(a) is attached)
21  *Nespresso - Scottsdale AZ*
22  *AG New York, New York*               Demand
                                       (Separate Paragraph)
23  *Lyft - Las Vegas*
        *Nevada*                      *Lisa L. Lewis*
24  *MGM-Excalibur Bay*
25  Dated: *Mandalay Bay*           (YOUR SIGNATURE IN INK)
                                     Your name typed or printed
26  *Nov 2, 2018*                    Address *8828 Quail Country Way*
                                                  *Apt 203*
27  *Marshal Retail*                 Telephone Number *Las Vegas NV 89117*
    *Group.*                                  *702-786-5437*
28

                    ATTACHMENT 3

# United States District Court of Nevada

1. Harrassment From all Grocery Store
Still continues.
Started in Az. Surprise Az + Glendall Az
over my Unemployment Benifts and Food
Benefits

2. Harrassment is still Continueing here in
NV.
Went Grocery Shopping Nov 1 2018,
The day we get paid Oppr Benifts on our
EBT card from the State of NV.

3. Went Grocery Shopping at
Smiths at Durango and Warmsprings,
Walked into the store a women from the
Deli was staring at me. Over their P.A
System again. she did
"And Fix the Application"
I have a right to look at expiration dates
on products and pick them up, took look.
As well as any product to make shure is ripe
and Not moldy as I have seen in this Store.
They watch me shop and continuely
harriss me over the Hand Sanitizer
that I dont use as many others do not
as I have seen. Time I was there Nov 1st, 6:30pm
to 7:30 pm.

4. Ever since I applied for Jobs at their
Company they have done this over their
PA system and every Smith Store I have
shopped with my NV State EBT CARD

5. Then I went to Sprouts the minute
I walked in they used music again
"38special". A women followed me to
Fresh foods. I had to ask her Sprouts
for assistance to find something before she
would answer me.
Sprouts locations - Sahara & Rainbow - time
I arrived there 7:30pm and was there
until aprox 8:00pm Nov1, 2018.

6. Albertsons - just like Albertsons
using my name - and Phil Collins -
half pint

7. N/woman me over - "your small"
and you like dairy and milk for your
coffee - or latte.

8. Nov1, 2018
Went to Costco - still Whistlers walking by
me shopping. - Same people with the Grocery
Store Unions + management with K.J &
Simon Mgr. Imaging
Costco location, Summerlin - Time Shopping aprox
3:00pm - to 4:00 p.m.

9. In CA CBS & JACK FM Radio Again with Procator & Gamble.

Again aired a company I use to work for when it was Gillette.

I the Flyer evolve you was the Venus Agenda — Venus is the women Gillette Razor as well as the Venus Catalog I have shopped with since TEXAS, I bought all my Bathing Suits there.

CBS along with Procator & Gamble during their Day time Programming changed the Tide Commercial words the man was saying to "Unployable" Also they did another Commercial that was made up with Hair Curlers in Black & White "saying remember the Goody days"

These people were repeating behind my back at the Quail Meadows Starbucks in Irvine CA and using it to harass me for my Unemployment Benefits.

Harassing me over my money and where I sit at, where I go to Shop, spend harassing me for buying cloths and getting my hair done. For using new hair extensions along with my Unemployment extensions I was receiving

Jack FM Again—Puts on the Sony place "Day wants you" so I will see it

10. Again I handed out a tiny bottle of Hand Sanitizue to Doctors offices while working for film Tube.

They put on TV of mine a Black & White made up Commercial with a women and a



shopping cart - like she was tossing items
out saying "Are we done with that."
It showed handsworkers in the aisle.

11. Currently I am getting Narassee phone
~~stutter~~ calls on my cell phone
I am a Ohio phone Number - P&G HQ is
located there.
My cell phone is 702-786-5937
Dates: From the Ohio phone # 513-707-6992
Oct 31st  7:36 pm
Oct 30  6:27 pm
Oct 26  4:58 pm
One of the Ohio calls I answered
and it was a Healthcare Survey over BAYETA -
A man was speaking. I just hung up.

12. Oct 31st 2:33 pm - restricted call
Oct 30th 12:52 - Restricted call
Oct 27th 6:45 pm  restricted call
answered: They Bled 15 this Crish Lewis
I wouldn't answer I asked who it was
she said J.B. - Only JB I know is
Jo Ann Hathmoor was was my manager at
NBSANSSD in NZ. I hung up on her.

Again Nespresso is still harassing me
over this Hand sanitizer both Jen the
assistant msa wendy - who was doing it
they were letting her do it.
Saturday Unkn employees came into the
Boutique to see Jen as well as Wendys

Union Friends from the grocery store
She use to work for A.J.'s!

B. Everytime I buy coffee capsoles
for my Nespresso machine I come
back to the grocery store the
boxes - have been tampered with and
some has opened them.
Smiths has their own brand - that
works in the Nespresso machines

14. My Email was Hacked - thru
my Venus promotion — These are my
emails addressed to me.
Someone - tried to stop me shopping
and frozen the email - at
Banana dress I was looking at.
Also they were putting words on top
of the Venus email or "your Awesome"
I now use Awesome Dishing washing Soap
not their Brand anymore Done.
I also don't Buy Venus razors — I buy mens.

15. Oct 8, 2018
Again the mom betsehue Howel with
Las Vegas NV internal Repairs called me a jerm
to harass me.
His text Oct 8, 2018
at 2:15 AM    F - off
                    your group
I still have those saved on my cell phone



Oct 9, 2018
My answer: What group are you
talking about?

Scotts Reply -
Uh? who is this

Oct 9, 2018
7:51 am -
told him the text I received from him

No reply -
It was a mistake

Then he responds - Leave me alone
My response - I haven't even called you
or text you → YOU DO

10/31/2018
Around 7:30, I set a Pike setup
Uber ride to go to the Plazzo
for a Craps Pool
Harassing all over Healthcare the Company
Nespryso with Kelm Joe & Sman Med
and the Grocery stores.
I had to drop the ride. Everytime I
set harassing rides that aren't real my
Rating gets down and it effects Uber!
They are still harassing me at work
all these calls have been while I'm working

16. Also I received a threatening phone call from a Seattle Wa phone number saying "Are we repeat offenders" again using my words as they have stalked me still to this day and are repeating me.

(17)

August 20, 2018
Submitted a Complaint to
Attorney Generals Office Due to
more Hacking in my computer and
email address 0074JLL9@gmail.com
provider is Cox Communications.
Anyhow my current address here is
Las Vegas NV.
I pay for this service + expect
no hacking

First my Roku TV app was blocked.
CBS appeared on it with pictures of chair
Chairmas same they are the most appelling.
My Fox News app was stopped. Finally after
Several complaints to Cox - it is working but
they Still try to stop it. I usually have
to Doubleclick - there is a (i) on the
screen.
They were changing volce settings and
changing places.

When I searched U.S. Congress - Hacking my searches
I was followed by the two Blond women
that have been following me to the Grocery
store. One as Smokes by Trop + Mandalor
She is Fat with short Blond hair - the 2
followed me to the wig store got in my face
with a Marylin Monroe type wig. The taller
Dumpy Blonde woman with long Gray followed
me Where the first Blond followed. This
woman followed me to Albertsons

Cont.

② also they tried to stop
my search on my computer at
Home when I was searching a
gon store near me.
They tried to freeze my search. I had
to stop & keep trying.
It was the gon store off of Blue Diamond
in Blue Diamond NV.

No one has a right to stop my searches, or
this persons business.
I have the legal right to search what I
want and I have the legal right to buy
a fire arm.

Dillards + Flamingo Casino + Ceasers Entertainment

(18) Interviewed with the Flamingo Casino
Sept 11th
Was followed in the parking lot to the Casino
meet with Tim and another women who
ran out — she looked just like the women
from Dillards who was at my Ralph Lauren
training who works at Fashion Show.
Trying to find out who I am — I am not
her Business. This is more harassment from
the VAW + Ceasers Entertainment.
with Dillards. She even asked what would
After Phil say who is the Next Man at
the Summerlin store who I have put down
as a reference or as my manager since
Brenda did nothing to help stop the
harassment and mess to me along with
the Managers at Dillards including Kathy
the Store manager about here a
Specialist. Also they had the SFA harassment
and music harassment and verbal/email
harassment so on.
more harassment over my benefits

I went to the Sept/14th Panel Interview
and a group there just stared at me
meaning
After the interview I went to the Summerlin
Mall to Bath + Beyond and a Blonde man
followed me — he was army cargo style pants
and he was testing + watching me so in
the store.

19. After this page is a copy of
the Evolve you - that was given to
me at the Newport Beach Court Office in
California.
This is what they are using to
harass me to with over Healthcare
+ my benefits

They continuously are including with my
Venus email.
I paid my Venus account credit Card
on time. Yesterday I was text by
Community Bank to call them.
Supposedly they did not process the payment.
Again trying to stop me and
possibally trying to get into my bank
account and ruin my credit.





# VENUS

11711 Marco Beach Drive, Jacksonville, FL 32224-7615

PRSRT STD
U.S. POSTAGE
PAID
VENUS
FASHION, INC.

CUSTOMER #          OFFER CODE:

H9334495          A77401

***************ECRLOT**C-024

LISA LEWIS                          VN01
OR CURRENT RESIDENT                 P0036
8828 QUAIL COUNTRY WAY APT 203
LAS VEGAS NV  89117-5540



## FALL'S MOST WANTED

**A.** Beaded drop earrings
Plastic/metal. Imported. Colors: GL (gold), SL (silver).
Z75582  $16

**B.** Two-for color block sweater
Acrylic. Imported. Colors: ANBK (black), MTBL (navy). Sizes: XS-3X.
Z87709  $44

**C.** Color skinny jeans
See page 24 for details.
Z21105  $29

**D.** Knotted slouchy boot
3.5" heel. Polyurethane/suede. Imported. Colors: BK (black), GY (grey), TP (taupe). Full and half sizes: 6-10.
Y32918  $49



# FREE SHIPPING
on orders over $75
See page 56 for details



See this item on p. 47

## VENUS.com

**1.800.366.7946**

©2018 Venus Fashion, Inc.
All rights reserved. Printed in USA.

A918

26. When I started with Lyft
I was harassed by Lyft drivers
Passenger were telling me they were
coming up to them and telling them to
drop me.
They continuously stopped the GPS.
They drew a fence in Pink around a
passengers home in Henderson on Pollock
Street.
They recently did this a week ago thru
the Uber driving App. I am now driving
with Uber.
The ride was for a Eileen on Pollock
Street. The ride was fake and I was
also followed by 2 cars that were driving
dark. They were small compact type
cars.
The Date this happened again was
Oct 25th 2018 — The man they did this
to I gave a ride from here at The Lakes
when I started with Lyft and his name
is Timmy.
I also Informed Detective Kilwell about
this — who is with the Internal Affairs Dept
Las Vegas NV.
They also stopped a ride from a Dave
& line traced it thru the App.
Gave me wrong Directions to a not & the
women needed to go to the Urgent Care.

They also tried to Zero out my earning
twice in the Lyft App.

They were zooming in my
app and enlarging it.
Continously giving me wrong directions

They also were putting pictures of different
people all at once in my app.

21. I was followed for my car insurance
by these people at the car wash I
went to One Tropicana.

22. Also I stopped driving for 3 weeks
or so because of this harassment.
I went on the App so often just to
look at it and they sent me a
question — multiple choice.
① Do you have another job
and two others — asking me what are you
doing.
This is not their business where I go
and what I do when I do not drive.
I went to the Red Rock casino and I
was followed by two women there watching me
shop & go to their spa.



on Charleston - Just past Rainbow here
in Summerlin.
She then again followed me to
Nizzano's and watched me eat
and have a glass of wine at the bar.
She also has held out to me in the
parking lot at the Albertson's by Sunset
"Tequila per top" it was pink - Made
another harassment at Blast because
when my mom died -
The Blond woman with the short hair
followed me to my hair salon at Canyon Spa
off of Lake Mead Rd and also she
followed me to Mossic at Boca Park.
In her gold 4 door car - like a Impala -
Like she was staking me out - Stalking
me where I get my HAIR done now.

August 9th
Dialed thru Total Wine + More website
cart # 5448 7267   5:45 pm
Had to call customer service - The box
where you put the name of the store NV
they would like me type in it so I couldn't
sign up for a wine class. I had to call
the Company's customer service - I told them
and they said - strange it shouldn't be
happening. I signed up for the class thru
them.

22. NOV 3 2018

Still Working into my app.
I got a ride again to Pollock street
where Timmy the mgm Mandalay Bay
Bartender lives.
Again I have this documented
Being harassed by him on the previous pages
There was no ride they I got a new
ride immediately saying it was michelle
who would be at the address in Henderson in
a Supreme Center to pick her up at Paul Mitchell —
michelle is my hairdresser here in Boca Park
Immediately this ride was changed to the name
of the correct man.
They all are following me to my Walk
Salon Mossic here in Boca Park.


mom + Marchal retail group
Started this when I worked for Marchal
Russo at the excalibur with Dillards
Andy the Manager of Dillards mans one of
the executives at Excalibur, I assisted
this executives stylist while I was working there.
The stylist showed me a picture of her
and told me she gets to pick out free cloths
from Dillards.
Again this was taking me away from my
job responsibilities + making my sales goal.

I started to work as Marshal Russo in Excalibur MGM in June. JJ the Bartender when I wasn't even working Flirted - gave me a Comped Drink while I played video poker.

Also that I was harassed by the union along with the cocktail Waitress - Union Reps following me in the Casino, men in the casino running in the store and staring at me. Also Jmd the manager from Candlelot also with another man Staring at me one morning.

Melanie a employee of MRG at Marshal Russo Started Whistling at me several times when she was alone working with me. I was harassed for the Healthcare Card because of Cick - and I didn't work there, I just went there a few times on break or to ask a question. I was harassed by Teani the manager. She never would give me a two week schedule that was In their policy + procedure Manual that that is a requirement of the company. She referred to me a cleaner because my employee number ended in 409. When she hired me she said I was a supervisor - then my paperwork was changed to Fashion Stylist

Arsen harassed me over and over again with getting in my face with mirrored sunglasses about FBI agents & Detectives.

The same short Fat Blonde woman with short hair came in & kept winking at me.

Arsen Left the company before I did. I came to work with my written Notice And left it with the other supervisor.

Michael Retail Group Failed to pay me in 3 Days — they waited over two weeks. I called Arena, H.R. several times and they would not return my call.

They don't Follow the NV Labor LAWS & they harassed me using them.

MGM continuously discriminated against me when I went to interview with them over this. At Excalibur on my Minnie — Security was Frisking me over my Purse along with Trish. They continuously wanted to interview so they could keep doing this — Other interviews MGM Grand, the Rio, & the Bellagio. I was told by the retail Mgr there he would hire me for the next part time job. He called me, I went Oct 2, 2018 and then he did Not hire me.

23. Nov 4, 2018
    Again I recieved a ride from
    a Trish and to was suddenly
    switched - again this is the
    retail manager from the Excalibur
    I interviewed with for a retail
    sales associate

Date 11/2/2018

Lisa L. Lewis
8828 Quail Country Way Apt 203
Las Vegas NV 89117

Contact # 702-786-5437