UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LISA LEWIS,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br>KERLIN JOE, *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No. 2:18-cv-01837-MMD-NJK<br><br>ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE NANCY J. KOPPE |

Plaintiff Lisa Lewis, proceeding pro se, initiated this action with the filing of her application to proceed *in forma pauperis* ("IFP Application) under 28 U.S.C. § 1915 and proposed complaint. (ECF No. 1.) Before the Court is the Report and Recommendation of United States Magistrate Judge Nancy J. Koppe ("R&R") recommending this action be dismissed with prejudice. (ECF No. 3.) Plaintiff timely filed an objection. (ECF No. 4.) For the reasons discussed herein, the Court overrules Plaintiff's objection and adopts the R&R.

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a *de novo* determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1).

Section 1915(e)(2)(B)(i) mandates dismissal of a case where the court finds that the action is "frivolous or malicious." 28 U.S.C. § 1915(e)(2(B). Frivolous in this context "embraces not only the inarguable legal conclusion, but also the fanciful factual allegation."

*Neitzke v. William,* 490 U.S. 319, 325 (1989). In other words, a court can pierce the veil of a complaint to dismiss claims that are legally meritless and clearly factually baseless. *Id.* at 327. Pertinently, the latter includes "claims describing fantastic or delusional scenarios." *Id.* at 328.

The allegations in the proposed complaint rise to the level of fanciful and delusional. As Judge Koppe correctly noted, the proposed complaint asserts that various defendants stalked Plaintiff, hacked into her various accounts, and engaged in wrongful conduct to harass her in Nevada, Arizona, and California. (ECF No. 1-1.) In her objection, Plaintiff insists that her claims are neither frivolous nor delusional, and that "the FBI agent and detectives" told her to file this action. (ECF No. 4 at 24–25). This protest was made at the end of her lengthy objection where she repeats allegations about the alleged harassment, hacking, and stalking conduct, including conduct by "You" (*id.* at 1 ("You had individuals follow me to AZ . . .")), and, "Your Group" (*id.* at 4 ("Your Group physically and emotionally abused me over your vengeance against my constitutional rights, . . .")). The Court agrees with Judge Koppe that the allegations in the proposed complaint are incredible and irrational.

It is therefore ordered that the Report and Recommendation of Magistrate Judge Koppe (ECF No. 3) is adopted in full.

It is further ordered that this action is dismissed with prejudice.

The Clerk is instructed to close this case.

DATED THIS 6th day of December 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE